IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAROLD W. ALLEN,

            Plaintiff,                       ORDER

    v.                                09-cv-753-bbc

SOCIAL SECURITY,

            Defendant.

---

On December 16, 2009, this court entered an order denying plaintiff Harold W. Allen's application for leave to proceed *in forma pauperis*. The court informed plaintiff that unless he paid the $350 filing fee by January 5, 2010, the court would dismiss his lawsuit. It is now January 13, 2010 and plaintiff has not submitted the filing fee or responded in any fashion to the court's order. Accordingly,

ORDER

IT IS ORDERED that the complaint filed by Harold Allen on December 16, 2009 is DISMISSED WITHOUT PREJUDICE for his failure to prosecute it.

Entered this 13th day of January, 2010.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

1