IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAROLD W. ALLEN,

      Plaintiff,

                             JUDGMENT IN A CIVIL CASE

                             Case No. 09-cv-753-bbc

v.

SOCIAL SECURITY,

      Defendant.

---

     This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB  presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case without prejudice

for plaintiff's failure to prosecute it.

Peter Oppeneer, Clerk of Court

1/14/10

Date