IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAROLD W. ALLEN,

                Plaintiff,                      ORDER

     v.                                          09-cv-753-bbc

SOCIAL SECURITY,

                Defendant.

---

On February 2, 2010, I entered an order reinstating plaintiff's complaint and giving him until February 15, 2010 to pay the $350 filing fee and to submit additional information to the court showing that he has received a final decision from the Commissioner of Social Security. It is now April 8, 2010 and the court has not received the filing fee or any response from plaintiff. It appears that plaintiff is no longer interested in pursuing this lawsuit. Before dismissing it, however, I will give plaintiff one last opportunity to submit the fee and the information requested of him in the February 2 order, should he desire to do so. If by April 21, 2010 plaintiff either does not pay the $350 filing fee or submit information showing the he received a final decision from the Commissioner of Social Security, then his case will be dismissed.

ORDER

IT IS ORDERED that plaintiff has until April 21, 2010 in which to pay the $350 filing fee and to submit additional information to the court showing that he has received a

final decision from the Commissioner of Social Security. If he fails to do so, then his case will be dismissed.

Entered this 8th day of April, 2010.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge