IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAROLD W. ALLEN,

            Plaintiff,                          ORDER

v.                                  09-cv-753-bbc

SOCIAL SECURITY,

            Defendant.

---

On February 2, 2010, I entered an order reinstating plaintiff's complaint and giving him until February 15, 2010 to pay the $350 filing fee and to submit additional information to the court showing that he has received a final decision from the Commissioner of Social Security. On April 8, 2010, I gave plaintiff one last opportunity to submit the fee and the information requested of him in the February 2 order, should he desire to do so. On April 19, plaintiff paid $250 of the $350 filing fee and did not submit the additional information. Because plaintiff has paid a substantial portion of the $350 filing fee, I will give him until May 21 to submit the remaining $100 of the filing fee and the additional information that I requested on February 2.

ORDER

IT IS ORDERED that plaintiff has until May 21, 2010 in which to pay the remaining $100 of the $350 filing fee and to submit additional information to the court showing that he has received a final decision from the Commissioner of Social Security. If he fails to do

both of these things, his case will be dismissed.

    Entered this 6th day of May, 2010.

                                      BY THE COURT:

                                      /s/

                                      BARBARA B. CRABB
                                      District Judge