IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAROLD W. ALLEN,

            Plaintiff,                                       ORDER

v.                                                       09-cv-753-bbc

SOCIAL SECURITY,

            Defendant.

---

On February 2, 2010, I entered an order reinstating plaintiff's complaint and giving him until February 15, 2010 to pay the $350 filing fee and to submit additional information to the court showing that he has received a final decision from the Commissioner of Social Security. On April 8, 2010, I gave plaintiff one last opportunity to submit the fee and the information requested of him in the February 2 order, should he desire to do so. On April 19, plaintiff paid $250 of the $350 filing fee and did not submit the additional information. On May 6, 2010, I gave plaintiff until May 21 to submit the remaining $100 of the filing fee and the additional information that I requested on February 2. Because plaintiff has failed to submit either the remainder of the filing fee or the additional information, I will dismiss this case without prejudice for his failure to prosecute it.

ORDER

IT IS ORDERED that the complaint filed by Harold Allen on December 16, 2009

is DISMISSED WITHOUT PREJUDICE for his failure to prosecute it.

Entered this 1st day of June, 2010.

> BY THE COURT:
>
> /s/
>
> BARBARA B. CRABB
> District Judge