IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAROLD W. ALLEN,

    Plaintiff,

                             JUDGMENT IN A CIVIL CASE

v.                                Case No. 09-cv-753-bbc

SOCIAL SECURITY,

    Defendant.

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case without prejudice for plaintiff's failure to prosecute it.

_Peter Oppeneer_                6/2/10
Peter Oppeneer, Clerk of Court         Date