IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAROLD W. ALLEN,

               Plaintiff,                       MEMORANDUM

v.                                                09-cv-753-bbc

SOCIAL SECURITY,

               Defendant.

---

On June 1, 2010, I dismissed Harold W. Allen's complaint for his failure to prosecute because he failed to submit either the remainder of the filing fee or the additional information he was to provide. Although plaintiff paid the remainder of the filing fee on June 3, 2010, he did not submit the additional information. Now plaintiff's wife has written a letter asking whether the $350 filing fee could be returned to them. Unfortunately, the money cannot be returned because it was cost of filing this lawsuit. However, plaintiff can move the court to reopen this case if he submits information showing that he received a final decision from the commissioner.

Entered this 13th day of September, 2010.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge